# 14 CV 6405

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carl Davis    # 349-14-08460

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Medical department of c-73 Rikerrs
island correctional facility
Medical Director, C-73

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
(check one)

AUG - 5 2014
PRO SE OFFICE

1. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Carl Davis
             ID #    #349-14-08460
             Current Institution    c-73 rikers island correctional fac.
             Address    15-15 Hazen street, East Elmhurst, ny 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    Medical Department    Shield #
                   Where Currently Employed    C-73 rikers island
                   Address    15-15 Hazen street, East Elmhurst, NY, 11370

Rev. 05/2010    1

| | | |
|---|---|---|
| Defendant No. 2 | Name <u>Medical Director C-73</u> | Shield # _____ |
| | Where Currently Employed _____ | |
| | Address <s>15-15 Hazen Street</s> | |
| | <s>East Elmhurst, NY 11370</s> | |
| Defendant No. 3 | Name _____ | Shield # _____ |
| | Where Currently Employed _____ | |
| | Address _____ | |
| Defendant No. 4 | Name _____ | Shield # _____ |
| | Where Currently Employed _____ | |
| | Address _____ | |
| Defendant No. 5 | Name _____ | Shield # _____ |
| | Where Currently Employed _____ | |
| | Address _____ | |

II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

   See attached statement of claims

B. Where in the institution did the events giving rise to your claim(s) occur?

   <s>See attached statement of claims</s>

C. What date and approximate time did the events giving rise to your claim(s) occur?

   See attached statement of claims

Rev. 05/2010                                 2

9) Facts: I have been shot 9 times, I came to Rikers Island taking severe pain medication as a result of my medical conditions, I live with serious chronic pain and can bearly walk, the medical department are aware of this and refuses to proviode me with

See attached statement of Facts

adequate pain medication despite having the knowledge of what medications I have been taking prior to coming to C-73, as well as my serious medical condition as a 20 year old black man trying to recover from being shot 9 times, living with serious pains and sufferings, and the medical staff, doctors, refuses to prescribe the medications that my doctors in society has conststently prescribed for me, rikers out right refuses. Because of such, I am suffering pain, irreparable injury and mental and emotional suffering.

10). Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Severe medical injuries, relating to glucose level, high blood pressure, and other severe injuries,

severe pain as a result of inadequate pain medication.

11). Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

X    Yes  X   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

**C-73 , Rikers Island Coreectional facilit**

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes  **X**    No _____   Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes _____   No  **X**    Do Not Know _____

   If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes  **X**    No _____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes _____   No _____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   **grievance comitee within facility**

   1.  Which claim(s) in this complaint did you grieve? 

   **all of which are named herein attached documents**

   2.  What was the result, if any? 
   **no result, what so ever**

   3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. 

   **not applicable , no response was prompted**

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here: _____

   2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                                     4

when and how, and their response, if any: _____

Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

<u>Note:</u> You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

$100,000 dollars in monetary damages, as well as adequate tratment provided to me for these horrible medical conditions that arose from the departments poor acts of medical skills

100,000.00 dollars punitive damages from each defendant.

Adequate pain medication and adequate medical treatment or in the alternative, to release plaintiff so that he may continue to receive the kind of medical care and treatment he receives in society from his medical team and doctors.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No xxx

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31 day of _____July_____, 2014.

Signature of Plaintiff _____*Carl Davis*_____

Inmate Number  349-14-08460

Institution Address  15-15 Hazen Street,
East Elmhurst , NY , 11370

Pro-Se

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 31 day of _____July_____, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____*Carl Davis*_____
Carl Davis pro-se